IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LEWIS ARCHER and SHEARIE ARCHER | ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) | CIV. ACT. NO. 1:19-cv-258-TFM-MU |
| AMERICA'S FIRST FEDERAL CREDIT UNION | ) ) ) ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the **ORDER**, **JUDGMENT**, and **DECREE** that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 2nd day of December 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE